# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| SHARON L. WATSON<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH, et al.<br><br>Defendant(s). | 2:19–cv–04149–CBM–JPR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __5/14/2019__

Document Number(s):   __5, 6__

Title of Document(s):   __CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1–1) and Request for Summons__

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

The case number is missing the judge initials. The complete case number is 2:19cv4149 CBM (JPRx)

Other:

These documents are accepted and all future filings must contain the complete case number

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __May 15, 2019__            By:  __/s/ Sharon Hall–Brown  213–894–3651__
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**